IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN FITZGERALD KIEL, #188 238, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:14-cv-791-WHA |
| | ) |
| GOVERNOR ROBERT BENTLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #14), entered on November 13, 2014.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Plaintiff's Motion to Change Venue (Doc. #10) is GRANTED.

2. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

3. The clerk is DIRECTED to take the appropriate steps to effect the transfer.

DONE this 10th day of December, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE